Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
1900 Camden Avenue, Suite 101
San Jose, California 95124
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com
      service@moorelawfirm.com

Attorney for Plaintiff,
Cleveland Vickers

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND VICKERS, | ) No. 3:25-cv-06737-AGT |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT OF ENTIRE** |
| vs. | ) **ACTION** |
| | ) |
| SUTTER BAY HOSPITALS, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Plaintiff Cleveland Vickers hereby reports that the parties in this action have reached a full and complete settlement of Plaintiff's claims. Plaintiff requests until January 25, 2026 to finalize settlement and file a request for dismissal of the action.

Dated: January 14, 2026          MOORE LAW FIRM, P.C.

          */s/ Tanya E. Moore*
          Tanya E. Moore
          Attorney for Plaintiff,
          Cleveland Vickers