Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
1900 Camden Avenue, Suite 101
San Jose, California 95124
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com
       service@moorelawfirm.com

Attorney for Plaintiff,
Cleveland Vickers

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND VICKERS, | )  No. 3:25-cv-06737-AGT |
| Plaintiff, | ) |
| vs. | )  **STIPULATION FOR DISMISSAL OF** |
| | )  **ENTIRE ACTION** |
| SUTTER BAY HOSPITALS, | ) |
| Defendants. | ) |

STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED** by and between Plaintiff Cleveland Vickers and Defendants, Sutter Bay Hospital ("Defendant"), the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is dismissed with prejudice. Each party is to bear its own attorneys' fees and costs.

Dated: January 15, 2026                    MOORE LAW FIRM, P.C.

                                           /s/ Tanya E. Moore
                                           Tanya E. Moore
                                           Attorney for Plaintiff,
                                           Cleveland Vickers

Dated: January 15, 2026                    HANSON BRIDGETT LLP

                                           /s/ Alexandra V. Atencio
                                           Alexandra V. Atencio
                                           Attorney for Defendant,
                                           Sutter Bay Hospitals

### ATTESTATION

Pursuant to the Northern District of California's Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                           /s/ Tanya E. Moore
                                           Tanya E. Moore
                                           Attorney for Plaintiff,
                                           Cleveland Vickers

STIPULATION FOR DISMISSAL